Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (310) 285-5330
E-mail: jpafiti@pomlaw.com

*- additional counsel on signature page -*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUI-YANG HONG, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>EXTREME NETWORKS, INC., CHARLES W. BERGER, KENNETH B. AROLA and JOHN T. KURTZWEIL,<br>　　　　　　　　　　　　　Defendants. | No. 15-cv-04883-BLF<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF MARK KASPRZAK FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**<br><br>DATE: May 5, 2016<br>TIME: 9:00 am<br>JUDGE: Hon. Beth Labson Freeman<br>CTRM:  3 – 5th Floor |
| MARK KASPRZAK, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>EXTREME NETWORKS, INC., CHARLES W. BERGER, KENNETH B. AROLA and JOHN T. KURTZWEIL,<br>　　　　　　　　　　　　　Defendants. | No. 15-cv-04975-BLF |

NOTICE OF WITHDRAWAL OF MOTION

On December 22, 2015, Mark Kasprzak ("Kasprzak") filed a Motion under the Private Securities Litigation Reform Act of 1995 seeking Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel, stating that Kasprzak suffered financial losses of $5,858 in connection with his purchases of the securities of Extreme Networks, Inc. ("Extreme Networks" or the "Company") between November 4, 2013 and April 9, 2015, both dates inclusive (the "Class Period").  (ECF Nos. 23-26.)  Three competing movants timely filed similar motions.  (ECF Nos. 18-22, 27-41.)

Based upon Kasprzak's review of the submissions to date, it appears that Kasprzak does not assert the largest financial interest in the relief being sought by the class (*see* 15 U.S.C. §78u-4(a)(3)(B)(iii)).

Accordingly, Kasprzak hereby withdraws his motion for consolidation, appointment as lead plaintiff and approval of counsel.  This withdrawal shall have no impact on Kasprzak's membership in the proposed class or his right to share in any recovery obtained for the benefit of class members.  In the event that the Court determines that competing movants for lead plaintiff in this action are inadequate or incapable of representing the class, Kasprzak continues to be willing and able to serve as lead plaintiff.

Dated: December 30, 2015

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (310) 285-5330
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016

NOTICE OF WITHDRAWAL OF MOTION

1

1 | Telephone: 212-661-1100
2 | Facsimile:  212-661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom (*Pro Hac Vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184

*Counsel for Movant*

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>  /s/     *Jennifer Pafiti*
>  Jennifer Pafiti