1  **BERMAN TABACCO**
   Nicole Lavallee (SBN 165755)
2  A. Chowning Poppler (SBN 272870)
   44 Montgomery Street, Suite 650
3  San Francisco, CA  94104
   Telephone:  (415) 433-3200
4  Facsimile:  (415) 433-6382
   Email: nlavallee@bermantabacco.com
5          cpoppler@bermantabacco.com

6  *Liaison Counsel for the Class*

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 
   In re EXTREME NETWORKS, INC.        )   Master File No. 15-cv-04883-BLF
12 SECURITIES LITIGATION,               )
                                        )   <u>CLASS ACTION</u>
13                                      )
   This Document Relates to:            )   **NOTICE OF CHANGE OF FIRM NAME**
14                                      )
   All Actions.                         )   JUDGE:    Hon. Beth Labson Freeman
15                                      )
                                        )
16                                      )
                                        )
17 _____  )

[Master File No. 15-cv-04883-BLF] NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that as of August 15, 2017, Berman DeValerio has changed its name to Berman Tabacco. The new email addresses for the attorneys with appearances in this case are listed in the signature block below.

The address, telephone and facsimile numbers for Berman Tabacco's offices remain the same:

| | | |
|---|---|---|
| 1 Liberty Square<br>Boston, MA 02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1194 | 44 Montgomery Street<br>Suite 650<br>San Francisco, CA 94104<br>Tel: (415) 433-3200<br>Fax: (415) 433-6382 | 3507 Kyoto Gardens Drive<br>Suite 200<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 835-9400<br>Fax: (561) 835-0322 |

Dated:  August 15, 2017            **BERMAN TABACCO**

   */s/ A. Chowning Poppler*
   A.  Chowning Poppler

Nicole Lavallee (SBN 165755)
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermantabacco.com
          cpoppler@bermantabacco.com

*Liaison Counsel for the Class*