# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JUI-YANG HONG, ET AL., <br> Plaintiffs, <br> v. <br> EXTREME NETWORKS, INC., et al., <br> Defendants. | Case No. 15-cv-04883-BLF <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** <br><br> [Re: ECF 147] |

Before the Court is an unopposed Motion to Withdraw as Counsel by certain counsel for Plaintiff. *See* ECF 147. Because Labaton Sucharow LLP will continue to represent Plaintiff, *see* Civ. L.R. 5-1(c)(2), this Court GRANTS the motion to withdraw as counsel.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
BETH LABSON FREEMAN
United States District Judge