LABATON SUCHAROW LLP
Carol C. Villegas (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
acoquin@labaton.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

DLA PIPER LLP (US)
Shirli Fabbri Weiss (Bar No. 079225)
David Priebe (Bar No. 148679)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
Email: shirli.weiss@dlapiper.com
david.priebe@dlapiper.com

*Attorneys for Defendants*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Master File No. 5:15-cv-04883-BLF-SVK<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS** AND ORDER<br><br>JUDGE: Hon. Beth Labson Freeman |

Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), together with Defendants Extreme Networks, Inc., Charles W. Berger, Kenneth B. Arola, and John T. Kurtzweil (collectively, "Defendants"), by an through their respective counsel, have stipulated and agreed, and hereby move as follows:

WHEREAS, on September 4, 2018, following a mediation with the Robert A, Meyer, Esq., on July 18, 2018, and after extensive negotiations between the parties, the parties reached an agreement in principle to settle this action, subject to the Court's approval;

WHEREAS, on September 5, 2018, pursuant to this Court's Standing Order in Civil Cases, Part B, the parties emailed the Court's courtroom deputy clerk to inform the Court of the settlement. The courtroom deputy promptly requested that the parties file a stipulation requesting that dates and deadlines be vacated;

WHEREAS, Lead Plaintiff is currently scheduled to file its motion for class certification on September 10, 2018;

WHEREAS, the parties are now working to timely memorialize the terms of the settlement and accompanying papers to the Court for preliminary approval of the proposed settlement, notice to absent class members, and final approval;

WHEREAS, the parties believe they will need six weeks (by October 18, 2018) to prepare and submit preliminary settlement approval papers to the Court;

WHEREAS, the parties agree that, in light of their agreement in principle to settle this action, all deadlines and hearings should be vacated, and all other proceedings in this action should be stayed pending the Court's consideration of the proposed settlement;

NOW THEREFORE the parties hereby stipulate as follows:

1. Plaintiff will submit a motion for preliminary approval of the proposed settlement within six weeks (by October 18, 2018) of the filing of this stipulation;

2. All deadlines and hearings in this action are vacated;

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Date: September 7, 2018 | **LABATON SUCHAROW LLP** |
| 3 | | */s/ Carol C. Villegas* |
| | | Carol C. Villegas (*pro hac vice*) |
| 4 | | Alec T. Coquin (*pro hac vice*) |
| | | 140 Broadway |
| 5 | | New York, NY 10005 |
| | | Telephone: (212) 907-0700 |
| 6 | | Facsimile: (212) 818-0477 |
| | | Email: cvillegas@labaton.com |
| 7 | | acoquin@labaton.com |
| 8 | | *Counsel for Lead Plaintiff and Lead Counsel for the Class* |
| 9 | | |
| | | **BERMAN TABACCO** |
| 10 | | Nicole Lavallee (SBN 165755) |
| | | A. Chowning Poppler (SBN 272870) |
| 11 | | 44 Montgomery Street, Suite 650 |
| | | San Francisco, CA 94104 |
| 12 | | Telephone: (415) 433-3200 |
| | | Facsimile: (415) 433-6382 |
| 13 | | Email: nlavallee@bermantabacco.com |
| | | cpoppler@bermantabacco.com |
| 14 | | |
| | | *Liaison Counsel for the Class* |
| 15 | | |
| 16 | | |
| | Date: September 7, 2018 | **DLA PIPER LLP (US)** |
| 17 | | |
| | | */s/David Priebe* |
| 18 | | Shirli Fabbri Weiss (Bar No. 079225) |
| | | David Priebe (Bar No. 148679) |
| 19 | | 2000 University Avenue |
| | | East Palo Alto, CA 94303-2214 |
| 20 | | Telephone: (650) 833-2000 |
| | | Facsimile: (650) 833-2001 |
| 21 | | Email: shirli.weiss@dlapiper.com |
| | | david.priebe@dlapiper.com |
| 22 | | |
| | | *Attorneys for Defendants* |

# CASE MANAGEMENT ORDER

The above Notice of Settlement and Joint Stipulation to Stay Proceedings is approved. The Clerk is instructed to vacate all case deadlines. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: September 7, 2018

*Beth Labson Freeman*
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE