LABATON SUCHAROW LLP
Carol C. Villegas (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email:  cvillegas@labaton.com
       acoquin@labaton.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

DLA PIPER LLP (US)
Shirli Fabbri Weiss (Bar No. 079225)
David Priebe (Bar No. 148679)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
Email:  shirli.weiss@dlapiper.com
       david.priebe@dlapiper.com

*Attorneys for Defendants*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Master File No. 5:15-cv-04883-BLF-SVK<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY APPROVAL DEADLINE**<br><br>JUDGE: Hon. Beth Labson Freeman |

1  Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), together with
2  Defendants Extreme Networks, Inc., Charles W. Berger, Kenneth B. Arola, and John T.
3  Kurtzweil (collectively, "Defendants"), by and through their respective counsel, have stipulated
4  and agreed, and hereby move as follows:

5  WHEREAS, on September 4, 2018, following a mediation with Robert A, Meyer, Esq.,
6  on July 18, 2018, and after extensive negotiations between the parties, the parties reached an
7  agreement in principle to settle this action, subject to the Court's approval;

8  WHEREAS, in light of the agreement in principle to settle the action, on September 7,
9  2018, the Court vacated all deadlines and set October 18, 2018, as the date for Lead Plaintiff to
10  file its motion for preliminary approval;

11  WHEREAS, the parties subsequently requested and the Court set November 16, 2018, as
12  the date by which to submit preliminary settlement approval papers.  ECF No. 152.

13  WHEREAS, the parties continue to work to memorialize the terms of the settlement and
14  accompanying papers for preliminary approval of the proposed settlement, notice to absent class
15  members, and final approval, particularly in light of the recently adopted Procedural Guidance
16  for Class Action Settlements ;

17  WHEREAS, Lead Plaintiff believes the parties may need until November 30, 2018, to
18  prepare and submit preliminary settlement approval papers to the Court;

19  NOW THEREFORE, the parties hereby stipulate that Lead Plaintiff will submit its
20  motion for preliminary approval of the proposed settlement by November 30, 2018.

Respectfully submitted,

Date:  November 15, 2018  **LABATON SUCHAROW LLP**

*/s/ Carol C. Villegas*
Carol C. Villegas (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

|     |                              |                                                              |
| --- | ---------------------------- | ------------------------------------------------------------ |
| 1   |                              | Email:  cvillegas@labaton.com |
|     |                              |         acoquin@labaton.com |
| 2   |                              | |
|     |                              | *Attorneys for Lead Plaintiff and Lead* |
| 3   |                              | *Counsel for the Class* |
| 4   |                              | **BERMAN TABACCO** |
|     |                              | Nicole Lavallee (SBN 165755) |
| 5   |                              | A. Chowning Poppler (SBN 272870) |
|     |                              | 44 Montgomery Street, Suite 650 |
| 6   |                              | San Francisco, CA 94104 |
|     |                              | Telephone: (415) 433-3200 |
| 7   |                              | Facsimile: (415) 433-6382 |
|     |                              | Email:  nlavallee@bermantabacco.com |
| 8   |                              |         cpoppler@bermantabacco.com |
| 9   |                              | *Liaison Counsel for the Class* |
| 10  |                              | |
| 11  | Date: November 15, 2018      | **DLA PIPER LLP (US)** |
| 12  |                              | */s/David Priebe* |
|     |                              | Shirli Fabbri Weiss (Bar No. 079225) |
| 13  |                              | David Priebe (Bar No. 148679) |
|     |                              | 2000 University Avenue |
| 14  |                              | East Palo Alto, CA 94303-2214 |
|     |                              | Telephone: (650) 833-2000 |
| 15  |                              | Facsimile: (650) 833-2001 |
|     |                              | Email:  shirli.weiss@dlapiper.com |
| 16  |                              |         david.priebe@dlapiper.com |
| 17  |                              | *Attorneys for Defendants* |
| 18  |                              | |
| 19  |                              | |
| 20  |                              | |
| 21  |                              | |
| 22  |                              | |
| 23  |                              | |
| 24  |                              | |
| 25  |                              | |
| 26  |                              | |
| 27  |                              | |
| 28  |                              | |

# CASE MANAGEMENT ORDER

The above Joint Stipulation is approved. The Clerk is instructed to set November 30, 2018 as the date by which Plaintiff will submit its motion for preliminary approval of the proposed settlement. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: November 16, 2018

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE