1  **LABATON SUCHAROW LLP**
   Carol C. Villegas (*pro hac vice*)
2  Alec T. Coquin (*pro hac vice*)
   140 Broadway
3  New York, NY 10005
   Telephone: (212) 907-0700
4  Facsimile: (212) 818-0477
   Email:  cvillegas@labaton.com
5            acoquin@labaton.com

6  *Attorneys for Lead Plaintiff and Lead Counsel
   for the Class*
7
   **DLA PIPER LLP (US)**
8  Shirli Fabbri Weiss (Bar No. 079225)
   David Priebe (Bar No. 148679)
9  2000 University Avenue
   East Palo Alto, CA 94303-2214
10 Telephone: (650) 833-2000
   Facsimile: (650) 833-2001
11 Email:  shirli.weiss@dlapiper.com
            david.priebe@dlapiper.com
12
   *Attorneys for Defendants*
13
   [Additional counsel on signature page]
14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17 In re EXTREME NETWORKS, INC.        ) Master File No. 5:15-cv-04883-BLF-SVK
   SECURITIES LITIGATION               )
18                                     ) CLASS ACTION
                                       )
19 This Document Relates to:           ) **JOINT STIPULATION AND
                                       ) [PROPOSED] ORDER REGARDING
20 All Actions.                        ) SCHEDULING PRELIMINARY
                                       ) APPROVAL HEARING FOR MARCH 7,
21                                     ) 2019**
                                       )
22                                     ) JUDGE: Hon. Beth Labson Freeman
                                       )
23 _____     )

24

25

26

27

28

1  Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), together with
2  Defendants Extreme Networks, Inc., Charles W. Berger, Kenneth B. Arola, and John T.
3  Kurtzweil (collectively, "Defendants"), by and through their respective counsel, have stipulated
4  and agreed, and hereby move as follows:

5  WHEREAS, on November 30, 2019, Lead Plaintiff filed its Unopposed Motion for
6  Preliminary Approval of Proposed Class Action Settlement and Memorandum of Points and
7  Authorities in Support Thereof (the "Preliminary Approval Motion") (ECF Nos. 155-156);

8  WHEREAS, on December 7, 2018, Defendants filed a Statement of Non-Opposition to
9  the Preliminary Approval Motion (ECF No. 157);

10 WHEREAS, a hearing date of April 25, 2019 was calendared by the Court;

11 WHEREAS, the Court subsequently informed the parties that the Court would be
12 available to hear the motion on March 7, 2019;

13 WHEREAS, the parties desire the motion to be heard earlier and request that the motion
14 be heard on March 7, 2019, rather than April 25, 2019;

15 WHEREAS, the parties are available to appear before the Court on March 7, 2019;

16 NOW THEREFORE, the parties hereby request and consent to the Preliminary Approval
17 Motion being heard on March 7, 2019.

18
19                                              Respectfully submitted,
20 Date:  February 6, 2019                      **LABATON SUCHAROW LLP**
21                                              */s/ Carol C. Villegas*
                                                Carol C. Villegas (*pro hac vice*)
22                                              Alec T. Coquin (*pro hac vice*)
                                                140 Broadway
23                                              New York, NY 10005
                                                Telephone: (212) 907-0700
24                                              Facsimile: (212) 818-0477
                                                Email:  cvillegas@labaton.com
25                                                      acoquin@labaton.com
26                                              *Attorneys for Lead Plaintiff and Lead
                                                Counsel for the Class*
27
                                                **BERMAN TABACCO**
28                                              Nicole Lavallee (SBN 165755)

|   |   |   |
|---|---|---|
| 1 |  | A. Chowning Poppler (SBN 272870) |
| 2 |  | 44 Montgomery Street, Suite 650<br>San Francisco, CA 94104 |
| 3 |  | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 4 |  | Email:  nlavallee@bermantabacco.com<br>         cpoppler@bermantabacco.com |
| 5 |  | *Liaison Counsel for the Class* |
| 6 |  |  |
| 7 | Date: February 6, 2019 | **DLA PIPER LLP (US)** |
| 8 |  | */s/David Priebe*  |
| 9 |  | Shirli Fabbri Weiss (Bar No. 079225)<br>David Priebe (Bar No. 148679) |
| 10 |  | 2000 University Avenue<br>East Palo Alto, CA 94303-2214 |
| 11 |  | Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001 |
| 12 |  | Email:  shirli.weiss@dlapiper.com<br>         david.priebe@dlapiper.com |
| 13 |  | *Attorneys for Defendants* |

**CASE MANAGEMENT ORDER**

The above Joint Stipulation is approved. The Clerk is instructed to set March 7, 2019 as the hearing date at 1:30 P.M. for Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and Memorandum of Points and Authorities in Support Thereof, ECF Nos. 155-156. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: February 6, 2019

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE