# Exhibit 5

*In re Extreme Networks, Inc. Securities Litigation*
No. 5:15-cv-04883-BLF-SVK

**SUMMARY OF LODESTARS AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---:|---:|---:|
| Labaton Sucharow LLP | 5,778.7 | $3,260,714.50 | $164,647.87 |
| Berman Tabacco | 123.1 | $70,142.00 | $2,552.13 |
|  |  |  |  |
| **TOTALS** | **5,901.8** | **$3,330,856.50** | **$167,200.00** |