# Exhibit 6

| | | Count | Low<br>Rate (%Δ) | 25th Percentile<br>Rate (%Δ) | Median<br>Rate (%Δ) | 75th Percentile<br>Rate (%Δ) | High<br>Rate (%Δ) |
|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | |
| All Partners | **2018** | **519** | **$734 (+13%)** | **$1,045 (+5%)** | **$1,150 (+5%)** | **$1,364 (+3%)** | **$1,725 (+13%)** |
| | 2017 | 545 | $650 (+24%) | $995 (+7%) | $1,100 (+7%) | $1,325 (+10%) | $1,525 (+7%) |
| | 2016 | 245 | $525 (-22%) | $930 (+6%) | $1,025 (+5%) | $1,200 (+9%) | $1,425 (+2%) |
| | 2015 | 206 | $675 (+17%) | $876 (+4%) | $975 (+3%) | $1,102 (+1%) | $1,400 (+14%) |
| | 2014 | 185 | $575 (+0%) | $840 (+3%) | $950 (-3%) | $1,095 (-0%) | $1,225 (+6%) |
| | 2013 | 239 | $575 (+28%) | $815 (+3%) | $975 (+11%) | $1,100 (+11%) | $1,160 (-2%) |
| | 2012 | 217 | $450 | $790 | $875 | $995 | $1,180 |
| Sr. Partners | **2018** | **366** | **$759 (+17%)** | **$1,075 (+8%)** | **$1,250 (+11%)** | **$1,450 (+9%)** | **$1,725 (+13%)** |
| | 2017 | 460 | $650 (-26%) | $1,000 (-4%) | $1,130 (-2%) | $1,330 (+4%) | $1,525 (+7%) |
| | 2016 | 191 | $875 (+25%) | $1,044 (+16%) | $1,150 (+18%) | $1,275 (+13%) | $1,425 (+2%) |
| | 2015 | 141 | $700 (+22%) | $900 (+1%) | $975 (-2%) | $1,125 (+0%) | $1,400 (+14%) |
| | 2014 | 139 | $575 (+0%) | $893 (+2%) | $995 (+0%) | $1,125 (-0%) | $1,225 (+6%) |
| | 2013 | 182 | $575 (+28%) | $875 (+7%) | $993 (+8%) | $1,129 (+10%) | $1,160 (-2%) |
| | 2012 | 168 | $450 | $818 | $915 | $1,030 | $1,180 |
| Mid-Level Partners | **2018** | **64** | **$750 (+15%)** | **$1,045 (+16%)** | **$1,110 (+9%)** | **$1,191 (+11%)** | **$1,480 (+14%)** |
| | 2017 | 54 | $650 (-4%) | $900 (+6%) | $1,015 (+8%) | $1,075 (+5%) | $1,295 (+11%) |
| | 2016 | 32 | $675 (+0%) | $850 (+0%) | $940 (+5%) | $1,025 (+7%) | $1,165 (-6%) |
| | 2015 | 23 | $675 (+5%) | $848 (+5%) | $895 (+7%) | $955 (+7%) | $1,245 (+16%) |
| | 2014 | 25 | $640 (+1%) | $810 (+8%) | $840 (+2%) | $895 (+4%) | $1,075 (+5%) |
| | 2013 | 23 | $635 (+15%) | $750 (+7%) | $825 (+10%) | $863 (+5%) | $1,025 (-9%) |
| | 2012 | 27 | $550 | $700 | $750 | $818 | $1,125 |
| Jr. Partners | **2018** | **89** | **$734 (+13%)** | **$1,015 (+13%)** | **$1,055 (+8%)** | **$1,120 (+8%)** | **$1,375 (+26%)** |
| | 2017 | 28 | $650 (+24%) | $898 (-0%) | $980 (+4%) | $1,035 (+6%) | $1,095 (+4%) |
| | 2016 | 22 | $525 (-25%) | $900 (+9%) | $940 (+7%) | $975 (+7%) | $1,050 (+6%) |
| | 2015 | 23 | $700 (-7%) | $825 (+6%) | $880 (+12%) | $915 (+12%) | $995 (+2%) |
| | 2014 | 14 | $750 (+3%) | $775 (+0%) | $785 (+1%) | $819 (-3%) | $975 (-15%) |
| | 2013 | 28 | $725 (+14%) | $774 (+7%) | $780 (+7%) | $846 (+7%) | $1,150 (+5%) |
| | 2012 | 17 | $635 | $725 | $730 | $790 | $1,100 |

|  | Count | Low Rate (%Δ) | 25th Percentile Rate (%Δ) | Median Rate (%Δ) | 75th Percentile Rate (%Δ) | High Rate (%Δ) |
|---|---|---|---|---|---|---|
| **Of Counsel** | | | | | | |
| 2018 | 151 | **$590 (+69%)** | **$850 (+3%)** | **$950 (+0%)** | **$1,050 (+3%)** | **$1,350 (+4%)** |
| 2017 | 227 | $350 (-47%) | $825 (+6%) | $950 (+16%) | $1,015 (+4%) | $1,295 (+13%) |
| 2016 | 81 | $660 (+32%) | $775 (+12%) | $818 (+5%) | $978 (+12%) | $1,145 (+2%) |
| 2015 | 53 | $500 (-9%) | $695 (+7%) | $778 (+0%) | $875 (-1%) | $1,125 (+10%) |
| 2014 | 53 | $550 (+16%) | $650 (-8%) | $775 (-2%) | $885 (+2%) | $1,025 (-11%) |
| 2013 | 67 | $475 (+6%) | $710 (+5%) | $790 (+5%) | $870 (+9%) | $1,150 (+0%) |
| 2012 | 53 | $450 | $675 | $750 | $795 | $1,150 |
| **Associates** | | | | | | |
| *All Associates* | | | | | | |
| 2018 | 929 | **$275 (-5%)** | **$600 (+8%)** | **$750 (+3%)** | **$875 (+5%)** | **$1,500 (+48%)** |
| 2017 | 956 | $290 (-17%) | $555 (+1%) | $725 (+7%) | $835 (+5%) | $1,015 (+7%) |
| 2016 | 362 | $350 (+56%) | $550 (+15%) | $675 (+15%) | $795 (+10%) | $945 (+8%) |
| 2015 | 320 | $225 (+10%) | $480 (-1%) | $585 (-4%) | $725 (+1%) | $875 (-3%) |
| 2014 | 322 | $205 (+3%) | $485 (+1%) | $610 (+3%) | $720 (+3%) | $900 (+3%) |
| 2013 | 457 | $200 (-11%) | $480 (+7%) | $595 (+5%) | $700 (+9%) | $875 (+3%) |
| 2012 | 293 | $225 | $450 | $565 | $645 | $850 |
| *Sr. Associates* | | | | | | |
| 2018 | 150 | **$275 (-31%)** | **$835 (+5%)** | **$930 (+5%)** | **$975 (+5%)** | **$1,500 (+51%)** |
| 2017 | 230 | $400 (-11%) | $795 (+10%) | $885 (+7%) | $930 (+5%) | $995 (+8%) |
| 2016 | 62 | $450 (+14%) | $725 (+12%) | $830 (+14%) | $885 (+13%) | $920 (+8%) |
| 2015 | 53 | $395 (+32%) | $650 (+8%) | $730 (-2%) | $780 (+0%) | $850 (-6%) |
| 2014 | 69 | $300 (+9%) | $600 (+0%) | $745 (+5%) | $780 (+2%) | $900 (+3%) |
| 2013 | 106 | $275 (-8%) | $600 (+4%) | $710 (+9%) | $765 (+4%) | $875 (+6%) |
| 2012 | 50 | $300 | $575 | $650 | $735 | $825 |
| *Mid-Level Associates* | | | | | | |
| 2018 | 378 | **$425 (+31%)** | **$750 (+17%)** | **$830 (+14%)** | **$890 (+10%)** | **$1,075 (+6%)** |
| 2017 | 400 | $325 (-13%) | $640 (-4%) | $725 (-1%) | $810 (+1%) | $1,015 (+7%) |
| 2016 | 142 | $375 (+15%) | $666 (+31%) | $735 (+16%) | $803 (+13%) | $945 (+12%) |
| 2015 | 104 | $325 (+5%) | $508 (-13%) | $635 (-5%) | $710 (-1%) | $845 (+4%) |
| 2014 | 134 | $310 (+13%) | $584 (+10%) | $665 (+8%) | $720 (+5%) | $810 (-5%) |
| 2013 | 224 | $275 (-8%) | $530 (+12%) | $615 (+7%) | $685 (+6%) | $850 (+0%) |

### Jr. Associates

| | Count | Low | | 25th Percentile | | Median | | 75th Percentile | | High | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rate | (%Δ) | Rate | (%Δ) | Rate | (%Δ) | Rate | (%Δ) | Rate | (%Δ) |
| 2012 | 125 | $300 | | $475 | | $575 | | $645 | | $850 | |
| 2018 | 402 | $375 | (+29%) | $535 | (+9%) | $610 | (+16%) | $675 | (+5%) | $895 | (+0%) |
| 2017 | 301 | $290 | (-17%) | $490 | (+3%) | $525 | (-6%) | $640 | (+6%) | $895 | (+3%) |
| 2016 | 126 | $350 | (+56%) | $475 | (+6%) | $560 | (+17%) | $605 | (+14%) | $870 | (+25%) |
| 2015 | 88 | $225 | (-4%) | $449 | (+1%) | $430 | (+5%) | $531 | (+1%) | $695 | (-9%) |
| 2014 | 88 | $235 | (-6%) | $444 | (+3%) | $458 | (+3%) | $525 | (+6%) | $760 | (-4%) |
| 2013 | 95 | $250 | (+11%) | $430 | (+5%) | $445 | (-1%) | $495 | (-4%) | $795 | (+15%) |
| 2012 | 90 | $225 | | $410 | | $450 | | $514 | | $690 | |

|  | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| 1) Kirkland & Ellis LLP | 176 | $930 | $1,078 | $1,160 | $1,325 | $1,725 |
| 2) Proskauer Rose LLP | 29 | $759 | $759 | $759 | $1,125 | $1,625 |
| 3) Morrison & Foerster LLP | 24 | $800 | $980 | $1,025 | $1,125 | $1,500 |
| 4) Sidley Austin LLP | 13 | $925 | $1,038 | $1,125 | $1,219 | $1,500 |
| 5) Weil, Gotshal & Manges LLP | 62 | $950 | $1,125 | $1,245 | $1,450 | $1,500 |
| 6) Willkie Farr & Gallagher LLP | 15 | $1,025 | $1,275 | $1,400 | $1,500 | $1,500 |
| 7) Akin Gump Strauss Hauer & Feld LLP | 39 | $860 | $970 | $1,070 | $1,266 | $1,475 |
| 8) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 25 | $1,017 | $1,395 | $1,470 | $1,470 | $1,470 |
| 9) Milbank, Tweed, Hadley & McCloy LLP | 16 | $1,030 | $1,465 | $1,465 | $1,465 | $1,465 |
| 10) Jones Day | 36 | $750 | $900 | $975 | $1,050 | $1,450 |
| 11) Latham & Watkins LLP | 26 | $1,030 | $1,060 | $1,250 | $1,295 | $1,395 |
| 12) Paul Hastings LLP | 14 | $1,050 | $1,131 | $1,188 | $1,250 | $1,395 |
| 13) Kramer Levin Naftalis & Frankel | 14 | $995 | $1,088 | $1,113 | $1,194 | $1,295 |
| 14) Skadden, Arps, Slate, Meagher, & Flom LLP | 4 | $975 | $975 | $1,071 | $1,197 | $1,280 |
| 15) Quinn Emanuel Urquhart & Sullivan, LLP | 5 | $734 | $855 | $1,080 | $1,188 | $1,225 |
| 16) Kasowitz Benson Torres LLP | 2 | $1,050 | $1,088 | $1,125 | $1,163 | $1,200 |
| 17) O'Melveny & Myers LLP | 15 | $808 | $808 | $871 | $1,016 | $1,148 |
| 18) Davis Polk & Wardwell LLP | 4 | $1,001 | $1,001 | $1,001 | $1,001 | $1,001 |
| 19) Labaton Sucharow LLP | 17 | $775 | $875 | $900 | $975 | $995 |
| **Of Counsel** | | | | | | |
| 1) Jones Day | 4 | $590 | $875 | $990 | $1,065 | $1,350 |
| 2) Paul Hastings LLP | 8 | $795 | $1,024 | $1,163 | $1,200 | $1,350 |
| 3) Kirkland & Ellis LLP | 6 | $590 | $1,003 | $1,160 | $1,290 | $1,325 |
| 4) Latham & Watkins LLP | 6 | $990 | $990 | $1,010 | $1,150 | $1,250 |
| 5) Sidley Austin LLP | 6 | $750 | $875 | $875 | $888 | $1,200 |
| 6) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 12 | $1,015 | $1,050 | $1,050 | $1,095 | $1,095 |
| 7) Akin Gump Strauss Hauer & Feld LLP | 38 | $860 | $815 | $885 | $910 | $1,090 |
| 8) Morrison & Foerster LLP | 12 | $700 | $850 | $880 | $938 | $1,075 |
| 9) Milbank, Tweed, Hadley & McCloy LLP | 5 | $1,015 | $1,040 | $1,065 | $1,065 | $1,065 |
| 10) Skadden, Arps, Slate, Meagher, & Flom LLP | 4 | $975 | $1,020 | $1,040 | $1,047 | $1,052 |
| 11) Weil, Gotshal & Manges LLP | 19 | $940 | $990 | $990 | $990 | $1,050 |
| 12) Willkie Farr & Gallagher LLP | 2 | $1,015 | $1,015 | $1,015 | $1,015 | $1,015 |
| 13) Proskauer Rose LLP | 2 | $759 | $867 | $975 | $975 | $975 |
| 14) Kramer Levin Naftalis & Frankel | 7 | $935 | $935 | $935 | $943 | $950 |
| 15) Davis Polk & Wardwell LLP | 4 | $823 | $823 | $823 | $835 | $872 |
| 16) O'Melveny & Myers LLP | 16 | $646 | $692 | $706 | $740 | $808 |
| 17) Labaton Sucharow LLP | 5 | $600 | $700 | $700 | $775 | $775 |

**Associates**

|  | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| 1) Sidley Austin LLP | 32 | $495 | $675 | $793 | $860 | $1,500 |
| 2) Kirkland & Ellis LLP | 231 | $465 | $675 | $770 | $875 | $1,075 |
| 3) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 54 | $610 | $690 | $865 | $895 | $1,015 |
| 4) Latham & Watkins LLP | 29 | $535 | $660 | $755 | $930 | $1,005 |
| 5) Weil, Gotshal & Manges LLP | 230 | $395 | $575 | $750 | $875 | $1,005 |
| 6) Milbank, Tweed, Hadley & McCloy LLP | 51 | $390 | $565 | $790 | $835 | $995 |
| 7) Willkie Farr & Gallagher LLP | 32 | $525 | $660 | $790 | $890 | $990 |
| 8) Paul Hastings LLP | 23 | $610 | $675 | $788 | $845 | $955 |
| 9) Proskauer Rose LLP | 33 | $545 | $759 | $759 | $759 | $950 |
| 10) Skadden, Arps, Slate, Meagher, & Flom LLP | 13 | $524 | $595 | $595 | $816 | $937 |
| 11) Kramer Levin Naftalis & Frankel | 25 | $515 | $680 | $795 | $856 | $935 |
| 12) Morrison & Foerster LLP | 50 | $275 | $525 | $600 | $765 | $875 |
| 13) Jones Day | 44 | $350 | $475 | $575 | $663 | $850 |
| 14) Akin Gump Strauss Hauer & Feld LLP | 45 | $495 | $590 | $645 | $725 | $835 |
| 15) Quinn Emanuel Urquhart & Sullivan, LLP | 4 | $550 | $603 | $680 | $788 | $820 |
| 16) Labaton Sucharow LLP | 31 | $375 | $460 | $510 | $685 | $725 |
| 17) Davis Polk & Wardwell LLP | 15 | $410 | $490 | $679 | $679 | $721 |
| 18) O'Melveny & Myers LLP | 16 | $412 | $489 | $623 | $625 | $650 |
| 19) Kasowitz Benson Torres LLP | 2 | $380 | $410 | $440 | $470 | $500 |

## Paralegals

|  | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| 1) Akin Gump Strauss Hauer & Feld LLP | 26 | $185 | $250 | $330 | $385 | $675 |
| 2) Latham & Watkins LLP | 6 | $380 | $395 | $405 | $440 | $500 |
| 3) Proskauer Rose LLP | 17 | $260 | $260 | $260 | $260 | $460 |
| 4) Kirkland & Ellis LLP | 58 | $210 | $250 | $310 | $380 | $440 |
| 5) Paul Hastings LLP | 8 | $295 | $385 | $405 | $405 | $430 |
| 6) Sidley Austin LLP | 3 | $350 | $355 | $410 | $410 | $410 |
| 7) Willkie Farr & Gallagher LLP | 7 | $240 | $240 | $278 | $344 | $395 |
| 8) Skadden, Arps, Slate, Meagher, & Flom LLP | 24 | $209 | $285 | $347 | $367 | $390 |
| 9) Morrison & Foerster LLP | 10 | $230 | $340 | $340 | $355 | $385 |
| 10) Kramer Levin Naftalis & Frankel | 7 | $370 | $370 | $370 | $380 | $380 |
| 11) Weil, Gotshal & Manges LLP | 54 | $140 | $220 | $295 | $350 | $375 |
| 12) Milbank, Tweed, Hadley & McCloy LLP | 12 | $200 | $210 | $265 | $280 | $355 |
| 13) Jones Day | 3 | $275 | $275 | $325 | $338 | $350 |
| 14) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 23 | $280 | $300 | $350 | $350 | $350 |
| 15) Davis Polk & Wardwell LLP | 3 | $343 | $343 | $343 | $343 | $343 |
| 16) Labaton Sucharow LLP | 14 | $295 | $325 | $325 | $325 | $340 |
| 17) Quinn Emanuel Urquhart & Sullivan, LLP | 2 | $302 | $305 | $308 | $312 | $315 |
| 18) O'Melveny & Myers LLP | 2 | $204 | $232 | $259 | $287 | $315 |
| 19) Kasowitz Benson Torres LLP | 3 | $175 | $223 | $270 | $273 | $275 |